John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Ashley L. Shively (SBN 264912)
Email: ashively@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Randall D. Haimovici (SBN 213635)
Email: rhaimovici@uber.com
Angela B. Johnson (SBN 287421)
Email: angelaj@uber.com
Ariel F. Ruiz (SBN 305488)
Email: ariel.ruiz@uber.com
Uber Technologies, Inc.
1455 Market Street, Floor 4
San Francisco, CA 94103-1355
Telephone: +1 415 533-7652

Attorneys for Plaintiff
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FETCH MEDIA, LTD.,<br><br>                    Defendants. | Case No.:  4:17-cv-05393-YGR<br><br>**RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Case No. 4:17-cv-05393-YGR

RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE

1     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Uber Technologies, Inc. ("Uber") hereby
2 gives notice that the above-captioned action against Defendant Fetch Media, Ltd. ("Fetch") is
3 voluntarily dismissed without prejudice. Fetch has not filed either an answer or a motion for
4 summary judgment in this matter. This dismissal has no effect on any of Uber's cross-claims
5 asserted against Fetch in *Phunware, Inc. v. Uber Technologies*, Inc., San Francisco Superior Court,
6 Case No. CGC-17-561546.

DATED:  December 22, 2017            REED SMITH LLP


                                     By: /s/ Ashley Shively
                                         John P. Bovich
                                         Ashley L. Shively
                                         Attorneys for Plaintiff
                                         Uber Technologies, Inc.