UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UBER TECHNOLOGIES, INC.,**<br>        Plaintiff**,**<br>    vs.<br>**FETCH MEDIA, LTD.,**<br>        Defendant**.** | CASE NO. 17-cv-05393-YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 33 |

The Court is in receipt of defendant's administrative motion to consider whether civil actions 17-cv-05393-YGR and 18-cv-00015-WHA should be related (Dkt. No. 33), and hereby declines to deem the cases related. Given that civil action 17-cv-05393-YGR was voluntarily dismissed effective January 3, 2018, before this Court issued any substantive rulings in the action, there is no likelihood of "unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." *See* Civ. L. R. 3-12(a).

**IT IS SO ORDERED.**

Dated: January 11, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**